**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6421**

―――――――――

LEONARD JUAN HAWKINS,

                          Petitioner - Appellant,

    versus

COMMONWEALTH OF VIRGINIA,

                          Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-99-229-AM)

―――――――――

Submitted: August 19, 1999       Decided: August 25, 1999

―――――――――

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Robert Keller Leonard, Winston-Salem, North Carolina; William Edward Findler, Arlington, Virginia, for Appellant. Mark L. Earley, Attorney General, Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard Juan Hawkins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hawkins v. Virginia, No. CA-99-229-AM (E.D. Va. Mar. 15, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on March 4, 1999, the district court's records show that it was entered on the docket sheet on March 15, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2